UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-05936 ODW (SHx) | Date | July 18, 2012 |
|---|---|---|---|
| Title | Jennifer A McFedries v. Christopher C Seminatore et al | | |

| Present: The Honorable | AUDREY B. COLLINS, CHIEF U.S. DISTRICT JUDGE | |
|---|---|---|
| Madelina Guerrero | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | No Appearance |

**Proceedings:**   (In Chambers) ORDER TO COMPLY WITH LOCAL RULE 3-2

Pursuant to Local Rule 3-2, PLAINTIFF is reminded that all manually filed civil initiating documents shall be e-mailed in PDF format only to the civil intake mailbox for the appropriate Court Division, within twenty-four (24) hours of the date the civil initiating documents are filed.

☒ Plaintiff(s) ☐ Defendant is hereby ordered to submit the electronic form (PDF format only) of all manually filed civil initiating documents as outlined below within twenty-four (24) hours of the date of this order.  Failure to do so will result in a hearing before this Court and imposition of sanctions pursuant to Local Rule 83-7(a).

1) **COMPLAINT, NOTICE OF ASSIGNMENT, SUMMONS, CIVIL COVER SHEET;**
2) **CERTIFICATION AND NOTICE OF INTERESTED PARTIES.**

cc: Judge Wright

|  | : |
|---|---|
| Initials of Preparer | MG |